# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, vs. **DAVID PRINCE**, Defendant. | No. CR-10-00153 CRB<br><br>Order Exonerating Bond<br><br>Judge Charles R. Breyer |

Good cause appearing, it is hereby order that the bond posted in this matter is exonerated.

Dated: August 6, 2012

_____
Charles R. Breyer
District Judge